United States District Court
Southern District of Texas
**ENTERED**
April 14, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ELIODORO HINOJOSA,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-00679** |
| | § | |
| **TERENCE DAVIS**, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

## ORDER

The parties in this case have filed a Joint Stipulation Dismissal Without Prejudice of all claims in this action. ECF No. 7. In accordance with that Notice and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims against Defendants are **DISMISSED WITHOUT PREJUDICE**. Each side is to bear its own fees and costs.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 13th of April, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE